KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZIXIA GU,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services,<br>EVELYN UPCHURCH, Acting Director, Texas Service Center, U.S.C.I.S.;<br>ROBERT S. MUELLER, Director of Federal Bureau of Investigation,<br><br>    Defendants. | No. C 06-6914 TEH<br><br>**STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |

    Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiff filed this action on or about November 6, 2006. Defendants' answer is currently due on January 8, 2007.

    2. Pursuant to this Court's November 6, 2006 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on February 5, 2007, and attend a case management conference on February 12, 2007.

    3. The parties have agreed to give the defendants a 30-day extension of time to file their answer

Stipulation for Extension
C 06-6914 TEH

in light of the reasonable possibility that this case may be administratively resolved.

    4. Accordingly, in order to allow sufficient time for USCIS to answer and prepare a joint case management statement, and possibly administratively resolve the case, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | February 8, 2007 |
| Last day to file Joint ADR Certification: | February 19, 2007 |
| Last day to file/serve Joint Case Management Statement: | March 5, 2007 |
| Case Management Conference: | March 12, 2007, at 1:30 p.m. |

Date: January 4, 2007

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: January 4, 2007

_See for signature_____
JUSTIN X. WANG
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:  01/09/07



THELTON E. HENDERSON
District Judge

Stipulation for Extension
C 06-6914 TEH

1 | in light of the reasonable possibility that this case may be administratively resolved.

2 |     4. Accordingly, in order to allow sufficient time for USCIS to answer and prepare a joint case management statement, and possibly administratively resolve the case, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | February 8, 2007 |
| Last day to file Joint ADR Certification: | February 19, 2007 |
| Last day to file/serve Joint Case Management Statement: | March 5, 2007 |
| Case Management Conference: | March 12, 2007, at 1:30 p.m. |

Date: January ___, 2007

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: January 8, 2007

_____
JUSTIN X. WANG
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

_____
THELTON E. HENDERSON
United States District Judge

Stipulation for Extension
C 06-6914 TEH