```
JUSTIN X. WANG (CSB #166183)
BAUGHMAN & WANG
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile:  (415) 576-9929

Attorney for Plaintiff
Zixia GU
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Zixia GU | No.: **C 06 6914 TEH** |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | |
| *Michael Chertoff*, Secretary of the Department of Homeland Security; *Emilio T. Gonzalez*, Director, U.S. Citizenship and Immigration Services; *Evelyn Upchurch*, Acting Director, Texas Service Center, U.S.C.I.S.; *Robert S. Mueller*, Director of Federal Bureau of Investigation | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: January 22, 2007

_____
Justin X. Wang, Esq.
Attorney for Plaintiff

IT IS SO ORDERED
/s/ Thelton E. Henderson
Judge Thelton E. Henderson
01/23/07

Case No.: C 06 6914 TEH
NOTICE OF VOLUNTARY DISMISSAL

F:\NANCY\Mandamus\GU, Zixia\Dismissal.wpd